The Louisville, New Albany and Chicago Railway Company v. Moore.

---

No. 13,100.

## THE BOARD OF COMMISSIONERS OF FOUNTAIN COUNTY *v.* WRIGHT ET AL.

From the Fountain Circuit Court.

*L. Nebeker* and *H. H. Dochterman,* for appellant.

*W. H. Thompson, J. West* and *W. E. Baker,* for appellees.

MITCHELL, J.—It was stipulated by the parties to this appeal, that inasmuch as the questions involved were identical with those presented in the case of the *Board of Commissioners of Fountain County* v. *Thompson, ante,* p. 534, the decision in that case should be decisive of this.

In pursuance of the stipulation thus filed, the judgment of the circuit court in the above entitled cause is affirmed, with costs.

Filed June 1, 1886.

---

No. 12,359.

## THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY COMPANY *v.* MOORE.

From the Hamilton Circuit Court.

*G. W. Easley, S. O. Bayless, W. H. Russell, T. J. Kane* and *T. P. Davis,* for appellant.

*D. Moss* and *R. R. Stephenson,* for appellee.

MITCHELL, J.—This suit was brought by Moore against the railway company to recover damages for breaches of the covenants contained in a deed.

By a conveyance dated October 9th, 1882, Moore granted a right of way over certain lands owned by him to the railway company, for the consideration of one dollar.

The company stipulated in the deed that it would fence the strip so conveyed, and establish a depot within one-half mile of the land over which the right of way was conveyed, and make all necessary farm crossings.

It was averred that the company had torn down the appellee's fences, constructed its road, and that it had refused to erect the fences, leaving his fields exposed to trespassing animals, and that it had failed and refused to establish a depot according to the stipulation in the deed.

A trial by a jury resulted in a verdict and judgment against the appellant for three hundred and ninety-five dollars damages.

The questions involved are in all respects the same as were determined in *Louisville, New Albany and Chicago Railway Company* v. *Sumner, ante,* p. 55. For the reasons given in that case, the judgment of the circuit court is affirmed, with costs.

Filed March 3, 1886; petition for a rehearing overruled June 5, 1886.